IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIME PACHECO-FIGUEROA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br>NO. 22-4113 |

### ORDER

**AND NOW,** this **29th** day of **September, 2023**, upon consideration of the defendant United States of America's Motion to Dismiss (ECF No. 14), Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss (ECF No. 21), and the defendant's Reply in Support of the United States of America's Motion to Dismiss (ECF No. 24), it is hereby **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the defendant may renew its motion at the close of discovery.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Kai N. Scott
　　　　　　　　　　　　　　　　　　**HON. KAI N. SCOTT**
　　　　　　　　　　　　　　　　　　**United States District Court Judge**